| | |
|---|---|
| 1 | ERIN M. BOSMAN (CA SBN 204987) |
|   | EBosman@mofo.com |
| 2 | TIFFANY CHEUNG (CA SBN 211497) |
|   | TCheung@mofo.com |
| 3 | JULIE Y. PARK (CA SBN 259929) |
|   | JuliePark@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California 94105 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |

Attorneys for Defendant
PELOTON INTERACTIVE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON ALBRIGHT, individually and on behalf of all others similarly situated, | Case No. 3:21-cv-02858-CRB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| PELOTON INTERACTIVE, INC., a Delaware corporation, and DOES 1–100, | Date Action Filed: April 20, 2021 |
| Defendant. | |

NOTICE OF SETTLEMENT
Case No. 3:21-cv-02858-CRB
sf-4594236

1

PLEASE TAKE NOTICE that Plaintiff Shannon Albright and Defendant Peloton Interactive, Inc. (collectively, the "Parties") have reached an agreement to resolve the above-captioned matter in its entirety, on an individual basis. The Parties ask that the Court stay all proceedings for 60 days, at which time the Parties will submit a joint status report updating the Court if the case has not been dismissed by that time.

Dated: October 15, 2021          MORRISON & FOERSTER LLP


By: /s/ Erin M. Bosman
      Erin M. Bosman

Attorneys for Defendant
PELOTON INTERACTIVE, INC.

Dated: October 15, 2021          CUTTER LAW, P.C.


By: /s/ John R. Brooks
      C. Brooks Cutter
      John R. Parker, Jr.

Attorneys for Plaintiff
SHANNON ALBRIGHT

**ECF ATTESTATION**

I, Erin M. Bosman, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

| | |
|---|---|
| Dated: October 15, 2021 | MORRISON & FOERSTER LLP |
| | By: /s/ Erin M. Bosman |
| |       Erin M. Bosman |