ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
JULIE Y. PARK (CA SBN 259929)
JuliePark@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
PELOTON INTERACTIVE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON ALBRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PELOTON INTERACTIVE, INC., a Delaware corporation, and DOES 1–100,<br><br>Defendant. | Case No. 3:21-cv-02858-CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Date Action Filed: April 20, 2021 |

1  Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Shannon
2  Albright ("Plaintiff") and Defendant Peloton Interactive, Inc. ("Defendant") hereby stipulate that
3  all claims asserted in the above-captioned action by Plaintiff against Defendant are voluntarily
4  dismissed with prejudice, with each party to bear its own costs.

Dated:  December 13, 2021              MORRISON & FOERSTER LLP

By:  /s/ Erin M. Bosman
      Erin M. Bosman

Attorneys for Defendant
PELOTON INTERACTIVE, INC.

Dated:  December 13, 2021              CUTTER LAW, P.C.

By:  /s/ John R. Parker, Jr.
      John R. Parker, Jr.

Attorneys for Plaintiff
SHANNON ALBRIGHT

## ECF ATTESTATION

I, Erin M. Bosman, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: December 13, 2021        MORRISON & FOERSTER LLP

By: /s/ Erin M. Bosman
    Erin M. Bosman